**Milton E. TOWNSEND, Jr., Respondent,**

v.

**Lanny H. ROSS, Appellant.**

**No. WD 46239.**

Missouri Court of Appeals, Western District.

April 20, 1993.

Thomas C. Guyot, Joel B. Laner, Hazelton, Laner & Batson, Kansas City, for appellant.

Michael D. Fitzgerald, James C. Welch, Jr., Van Osdol, Magruder, Erickson and Redmond, P.C., Kansas City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM:

LaBette County State Bank, Townsend Printers Lithographers, Inc., and Lanny H. Ross appeal from the judgment ordering disposition of garnished proceeds resulting from the sale of assets belonging to Townsend Printers Lithographers, Inc. The judgment ordering that $7,940 of the sum paid into court and realized by the sale of assets belonging to Townsend Printers Lithographers, Inc., be distributed to Milton

E. Townsend, Jr., is affirmed.  Rule 84.-16(b).